No. 90–7764.  GARRETT *v.* OHIO.  Ct. App. Ohio, Clermont County.  Certiorari denied.

No. 90–7766.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–7768.  TIMM ET AL. *v.* GUNTER ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–7774.  WALTERS *v.* OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 90–7782.  PARKE *v.* UNITED STATES POSTAL SERVICE. C. A. 11th Cir.  Certiorari denied.

No. 90–7796.  HERNANDEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–7809.  CRUZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–7818.  WAGSTAFF-EL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–7826.  RAMIREZ-CARVAJAL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–7842.  PASSOS *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 90–7844.  GARGAN *v.* ALASKA.  Ct. App. Alaska.  Certiorari denied.

No. 90–7845.  STEBBINS *v.* NATIONWIDE MUTUAL INSURANCE Co.  C. A. D. C. Cir.  Certiorari denied.

No. 90–7853.  WALLACE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–7855.  ENCARNACION *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–7858.  D'AMARIO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.